JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE MICHELE MATTES TRUST/THE STEVEN R. MATTES TRUST,<br>    Plaintiff,<br><br>        v.<br><br>AMERICAN SECURITY INSURANCE COMPANY,<br>    Defendant. | 2:23-cv-10423-DSF-PVCx<br><br>JUDGMENT |

The Court having granted a motion to dismiss,

IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed without prejudice, and that Defendant recover costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Date:  April 3, 2024

_____
Dale S. Fischer
United States District Judge